RECEIVED
JAN 21 2014
AT 8:30_____M
WILLIAM T. WALSH CLERK

THE LAW OFFICES OF

# JOSEPH A. BONDY

JOSEPH A. BONDY

OF COUNSEL
ROBERT FOGELNEST*

*ADMITTED IN NY & PA

148 EAST 78TH STREET
NEW YORK NY 10075
TEL 212.219.3572
FAX 212.219.8456

JOSEPHBONDY@MAC.COM

January 17, 2014

Hon. Freda L. Wolfson
United States District Judge
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Room 2020
Trenton, NJ 08608

Re: United States v. Marjorie Parise, 11-cr-00590-FLW

Dear Judge Wolfson,

Marjorie Parise respectfully requests a modification of the conditions of her release, granting a thirty-day extension of her surrender date, which is currently scheduled for this coming Tuesday, January 21, 2014. *Defendant shall surrender on February 21, 2014 by 12:00 PM* The requested extension is unopposed by AUSA Joseph Gribko.

Thank you in advance for consideration of this application.

Respectfully submitted,

*Joseph A. Bondy*
Attorney for Marjorie Parise

cc: AUSA Joseph Gribko
(By ECF)

IT IS SO ORDERED:

*Freda L. Wolfson*
FREDA L. WOLFSON, U.S.D.J.

1-21-14

1